IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

MARTHA JANE JOHNSON, # 202230, )
)
Petitioner, )
)
v. )
) CIVIL ACTION NO. 1:05cv347-H
GLADYS DEESE, et al., ) WO
)
Respondents. )
)

## ORDER

On April 22, 2005, the Magistrate Judge filed a Recommendation in this case recommending that the petition of habeas corpus relief filed pursuant to 28 U.S.C. § 2254 be dismissed in accordance with the provisions of 28 U.S.C. § 2244(b)(3)(A). (Doc. # 4). On May 12, 2005, the petitioner filed objections to the recommendations. (Doc. # 7). After careful review and consideration of the objections, and upon an independent review of the Recommendation of the Magistrate Judge and file in this case, it is

ORDERED as follows:

1. That the petitioner's objections be and are hereby OVERRULED;

2. That the Recommendation be and is hereby ADOPTED;

3. That the petition for habeas corpus relief be and is hereby DENIED;

4. That this case be and is hereby DISMISSED in accordance with the provisions of 28 U.S.C. § 2244(b)(3)(A).

5. That costs be and are hereby TAXED against the petitioner.

Done this 3rd day of June, 2005.

/s/ Truman Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE