IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARTHA JANE JOHNSON, # 202230, | ) |
| Petitioner, | ) ) ) |
| v. | ) CIVIL ACTION NO. 1:05cv347-H ) WO |
| GLADYS DEESE, *et al.*, | ) ) |
| Respondents. | ) |

### FINAL JUDGMENT

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the respondents and against the petitioner, that this action be and is hereby dismissed with prejudice, and that costs be and are hereby taxed against the petitioner.

Done this the 3rd day of June 2005.

_/s/ Truman M. Hobbs_
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE